Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

TRIANGLE MANAGEMENT CORP., Respondent, v. MITCHELL MOGAL, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

CLAIR WOLD, an Infant, by DAVE WOLD, Her Guardian ad Litem, and DAVE WOLD, Plaintiffs, v. RUBIN GROZALSKY, Respondent; FANNIE MICHAELSON, Defendant, and JENNIE BLINDERMAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

CHARLES ZACH and Another, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion for a stay denied, without costs. Motion for leave to appeal to the Appellate Division denied, without costs. Present— Hagarty, Carswell, Davis, Adel and Taylor, JJ.

EDWARD G. FISCHER, as Ancillary Administrator C. T. A., etc., of SARAH F. BARNES, Deceased, Respondent, v. GUARANTY TRUST COMPANY and ARTHUR B. LAWRENCE, as Temporary Administrators, etc., of MAX LIPPMAN, Deceased, LEA R. SACHS, Individually and as Executrix, etc., of NATHAN I. SACHS, Deceased, BARBARA SACHS (an Infant under the Age of Fourteen Years), RAY SACHS, LILLIAN K. SACHS and JACOB SACHS, Appellants, and Others, Defendants.— Order denying motion for leave to amend answers affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

WILLIAM F. HELLER, Respondent, v. PEPSI-COLA COMPANY, CHARLES G. GUTH, CHARLES G. GUTH, JR., JOHN T. WOODS, JR., and CHESTER A. MEHURIN, Appellants, and HARRY W. SHENTON, Defendant.— Order denying motion for a stay of proceedings affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur. [See ante, p. 749.]

In the Matter of the Petition of EDWARD E. DEAN for an Allowance for Services Rendered as Attorney for the Petitioner in a Proceeding Entitled in the Matter of the Application of JOSEPHINE C. DOLAN for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of MARY C. E. DOLAN, Deceased. EDWARD E. DEAN, Appellant; JAMES F. DEEHAN and MARY DEEHAN, as Executors, etc., of MARY C. E. DOLAN, Deceased, and THE PEOPLE OF THE STATE OF NEW YORK, Respondents.— Order of the Surrogate's Court of Queens county fixing an allowance to the petitioner in a proceeding to determine the validity of a provision in a will of the decedent affirmed, without costs. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Application of EDWIN J. O'TOOLE, Appellant, against JOSEPH P. McCLOSKEY and PHILIP N. KRUG, as Commissioners of Election, and Constituting the Board of Elections of the County of Nassau, State of New York, and the County Board of Canvassers of Said County of Nassau, for a Judicial Review of the Action of the Inspectors of the Primary Election in All of the Nine Election Districts in the City of Long Beach, in the First Assembly District of the County of Nassau, and for a Judicial Review and Recount of the Ballots Cast by the Democratic Voters at the Election Held at the City of Long Beach,

County of Nassau, on the 16th Day of September, 1937, for the Office of Councilman of the City of Long Beach, County of Nassau. JOSEPH P. McCLOSKEY and Philip N. Krug, as Commissioners of Election, etc., and George Xanthaky, Respondents.— Order denying motion for a review of the action of the inspectors and a recount of the ballots affirmed on argument, without costs. Hagarty, Davis, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of George Xanthaky, Respondent, for an Examination of the Ballots Cast in the Democratic Primary Election in the Seventh and Third Election Districts of the City of Long Beach, New York, Held on Thursday, September 16, 1937. Edwin J. O'Toole, Appellant.— Order directing a recanvass of certain ballots, and order declaring petitioner to be one of the nominees for the office of councilman, affirmed on argument, without costs. Hagarty, Davis, Johnston, Taylor and Close, JJ., concur.

William G. Kline, Leslie McLeod and Kate Smiley, Respondents, v. Owen A. Mandeville, as Receiver for S. M. H. Corporation and Hommocks Holding Corporation, Appellant.— Order denying change of place of trial from Kings county to Westchester county for the convenience of witnesses affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

Helen Parnes, Respondent, v. Irving Parnes, Also Known as Izzy Parnes, Appellant.— Order denying defendant's motion to modify judgment of separation to the extent of relieving him from payment of alimony affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

Louise Budd Sommer, Respondent, v. Frederick A. Sommer, Appellant.— Order awarding counsel fee and alimony *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

Manufacturers Trust Company, as Substituted Committee of the Estate of Martha Gomer Gray, an Incompetent Person, Appellant, v. Robert L. Gray, Respondent.— Motion to resettle order granted to the extent of allowing interest from the date of this court's decision on the appeal. [See 251 App. Div. 482.] Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

## (October 5, 1937.)

In the Matter of the Application of Peter J. Devine, Respondent, against Jacob W. Osmann, Appellant, Impleaded with Joseph P. McCloskey and Philip N. Krug, as Commissioners of Election and Constituting the Board of Elections of the County of Nassau, State of New York, and the County Board of Canvassers of Said County, and Robert C. O'Grady, Respondents, for a Judicial Review of the Action of the Inspectors of the Primary Election in All of the Nine Election Districts in the City of Long Beach in the First Assembly District of the County of Nassau and for a Judicial Review and Recount of the Ballots Cast by the Democratic Voters at the Primary Election Held in the City of Long Beach, County of Nassau, on the 16th Day of September, 1937, for the Office of Supervisor of the City of Long Beach, County of Nassau.— Order reversed